[Nos. 18582-2-II; 18587-3-II; Division Two. July 19, 1996.]
18626-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. VICKI LEE
COLE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
BERRY SEGURA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
LEIGHTON SMITH, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 94-1-00797-3, 94-1-00798-1 and 94-1-00796-5,
Donald H. Thompson, J., entered August 16, 1994. *Affirmed*
by unpublished opinion per Bridgewater, J., concurred in
by Armstrong, J., and Casey, J. Pro Tem.

[Nos. 18632-2-II; 18979-8-II. Division Two. July 19, 1996.]

RICK SHURTLIFF, *Appellant*, v. CLARK COUNTY,
*Respondent*.

RICK SHURTLIFF, *Appellant*, v. FRANK KANEKOA,
*Respondent*.

Appeals from a judgment of the Superior Court for
Clark County, No. 93-2-00576-1, Edwin L. Poyfair, J.,
entered August 12, 1994. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton, A.C.J.,
and Armstrong, J.

[No. 18966-6-II. Division Two. July 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER
ALLEN McCANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County Juvenile Division, No. 319785 R040, entered
November 18, 1994. *Reversed* by unpublished opinion per
Seinfeld, C.J., concurred in Morgan and Houghton, JJ.